UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DANIEL QUILLINAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL AINSWORTH, et al.,<br><br>　　　　　Defendants. | Case No. 4:17-cv-00077-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 75 |

On October 5, 2017, the Court granted Defendants' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: October 5, 2017

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge