# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DANIEL QUILLINAN, <br> Plaintiff, <br> v. <br> RUSSELL AINSWORTH, et al., <br> Defendants. | Case No. 4:17-cv-00077-KAW <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 102 |

On May 10, 2018, the Court granted Defendants' motions to dismiss pursuant to Federal Rule of Procedure 12(b)(6). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: May 11, 2018

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge