UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEVIN DANIEL QUILLINAN,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>RUSSELL AINSWORTH; et al.,<br><br>    Defendants - Appellees. | No. 18-16197<br><br>D.C. No. 4:17-cv-00077-KAW<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

  A review of the docket demonstrates that appellant has failed to respond to the July 3, 2018 order of this court.

  Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

  This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Cyntharee K. Powells
            Deputy Clerk
            Ninth Circuit Rule 27-7