# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**ARCHIE NED WILLIAMS,**<br><br>　　　　Defendant. | CASE NO. 17-cr-00077-YGR<br><br>**ORDER COMPELLING SURRENDER OF CASE FILE**<br><br>Re: Dkt. No. 112 |

**TO DEFENSE COUNSEL OF RECORD:**

The Court is in receipt of a motion by the defendant to obtain a copy of his legal file. (Dkt No. 112.) To the extent that the request has not been fulfilled, you are hereby ordered to provide the file to the defendant within five (5) business days of this Order by Priority Mail. The Court authorizes funds under the Criminal Justice Act to accomplish such request to the extent needed. Counsel shall provide the Court with certification that the request has been fulfilled.

This Order terminates Docket Number 112.

**IT IS SO ORDERED.**

Dated: February 16, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**